173 So.2d 198

Katie Phelps SCOTT

v.

SCOTT FENCE AND INSULATION
CO., Inc.

No. 47732.

April 12, 1965.

In re: Scott Fence and Insulation Co., Inc., applying for writs of certiorari, prohibition and mandamus.

Writs refused. The Court of Appeal, First Circuit, being vested with appellate jurisdiction, is likewise vested with supervisory jurisdiction under the provisions of Sec. 29 of Art. 7 of the LSA–Constitution, as amended, and application should first be made to that Court and all remedies exhausted there before invoking our supervisory jurisdiction.

173 So.2d 198

CITY OF HAMMOND

v.

Glenn CONNER.

No. 47734.

April 14, 1965.

In re: Glenn Conner applying for writs of certiorari, prohibition, mandamus and review and for a stay order.

Application denied. The ruling complained of is correct.

HAMITER, J., concurs in the result.